UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

SARADIA EUGENE,

Plaintiff,

-vs

City of New York, NYC MAYOR'S OFFICE OF WORKFORCE DEVELOPMENT (WDC) Defendant.

Civil Action No. _____(To be assigned)_____


COMPLAINT FOR EMPLOYMENT DISCRIMINATION AND RETALIATION UNDER TITLE VII JURY TRIAL DEMANDED

## I. INTRODUCTION

This is a civil action brought by Saradia Eugene, a former Program Manager employed by the **NYC Office of the Mayor of Workforce Development Corporation**, for violations of Title VII of the Civil Rights Act of 1964. Plaintiff alleges that she was subjected to discriminatory treatment, harassment, retaliation, and wrongful termination on the basis of her race (African American). This action is timely filed within 90 days of receiving a Notice of Right to Sue from the Equal Employment Opportunity Commission (EEOC). Plaintiff initially sought legal counsel after receiving the Notice of Right to Sue but was unable to secure representation within the statutory period. She now proceeds pro se to preserve her right to pursue this matter within the 90-day filing deadline.

## II. JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343, and 42 U.S.C. § 2000e-5(f)(3), because it arises under federal law and involves enforcement of Title VII. 2. Venue is proper in this district under 28 U.S.C. § 1391(b), because the unlawful employment practices alleged occurred in the Southern District of New York.

## III. PARTIES
3. Plaintiff, Saradia Eugene, is an African American female and a resident of Brooklyn, New York. She was

employed by Defendant as a Program Manager from approximately December 2020 until her termination on or about September 19, 2023.

4. Upon information and belief, Defendant Workforce Development Corporation is a municipal or quasi-governmental entity headquartered in New York, New York, and was Plaintiff's employer at all times relevant.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

5. Plaintiff filed a timely charge of discrimination with the EEOC.

6. Plaintiff received a Notice of Right to Sue dated May 1, 2025.

7. This Complaint is filed within 90 days of Plaintiff's receipt of the EEOC Notice.

## V. FACTUAL ALLEGATIONS

8. Plaintiff was hired as a Program Manager and worked remotely for two years due to the COVID-19 pandemic.

9. Upon transitioning to in-person work in March 2023, Plaintiff experienced a hostile and discriminatory environment, primarily under the supervision of Executive Director Daniel Liss.

10. Plaintiff was consistently treated less favorably than her white colleagues and subjected to humiliating remarks and actions, including being told to change her perfume, being excluded from meetings, and being ignored during group interactions.

11. Plaintiff was placed on a Performance Improvement Plan (PIP) without prior warning or performance review. Despite completing tasks, she was continuously placed under extended PIPs without evaluation.

12. Plaintiff filed an internal EEO complaint, which was followed by additional acts of retaliation and further PIP extensions.

13. On or about September 19, 2023, Plaintiff was terminated during her break and locked out of her devices. She was not allowed to retrieve her belongings or access her records.

14. Plaintiff maintains that her termination was the culmination of an ongoing pattern of race-based discrimination and retaliation.

## VI. CAUSES OF ACTION

Count 1: Violation of Title VII Race Discrimination

15. Plaintiff realleges and incorporates all preceding paragraphs.

16. Defendant subjected Plaintiff to disparate treatment, harassment, and eventual termination due to her race (African American), in violation of Title VII.

## Count 2: Violation of Title VII Retaliation

17. Plaintiff engaged in protected activity by filing an internal EEO complaint and a charge with the EEOC.

18. Defendant retaliated against her through unjustified PIP extensions and termination. 17. Plaintiff engaged in protected activity, including filing an internal EEO complaint and communicating with HR about discriminatory practices.

18. Defendant retaliated against her by escalating scrutiny, extending her performance improvement plan unfairly, isolating her in the workplace, and ultimately terminating her employment in violation of Title VII. VIII.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

_____*Saradia Eugene*_____

Saradia Eugene

1453 East 100th Street, 2nd Floor

Brooklyn, NY 11236

saradia.eugene@gmail.com

347-236-4268

July 26, 2025

## CIVIL COVER SHEET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Plaintiff: Saradia Eugene

Address: 1453 East 100th Street, 2nd Floor, Brooklyn, NY 11236

Phone: 347-236-4268

Email: saradia.eugene@gmail.com

Defendant: NYC Mayor's Office of Workforce Development

Address: 1 Liberty Plaza, 11th Floor, New York, NY 10006 I.

BASIS OF JURISDICTION:

Federal (U.S. Government Not a Party)

## II. CITIZENSHIP OF PRINCIPAL PARTIES:

Plaintiff: Citizen of New York

Defendant: Entity based in New York

## III. NATURE OF SUIT:

Employment Discrimination Title VII (Race, Retaliation)

IV. ORIGIN: Original Proceeding

## V. REQUESTED IN COMPLAINT:

Jury Trial Demanded

Monetary and Injunctive Relief Requested

Respectfully submitted,



Saradia Eugene

July 26, 2025

Saradia Eugene

**TABLE OF EXHIBITS**

**Exhibit A:** Internal EEO emails and timeline summary

**Exhibit B**: Email requests for work and communications with

supervisors

**Exhibit C**: Termination email and OneDrive access denial

**Exhibit D:** 30-day PIP contract and rebuttal

**Exhibit E:** Implementation checklist and completed

assignments

**Exhibit F**: SmartSheet project work plans

**Exhibit G:** Certificate of disposition

**Exhibit H:** EEOC Right to Sue Letter dated May 1, 2025

(Right to sue letter is below)



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New Orleans Field Office**
500 Poydras Street, Suite 809
New Orleans, LA 70130
(504) 635-2531
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

**Issued On: 05/01/2025**

**To:** Saradia Eugene
1453 E. 100th Street FLR. 2
BROOKLYN, NY 11236
**Charge No: 520-2023-06230**

EEOC Representative and email: BRITNEY WILLIAMS
**Federal Investigator**
britney.williams@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination:

The EEOC will not proceed further with its investigation and makes no determination about whether a further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is an official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge 520-2023-06230.

On behalf of the Commission,

Digitally Signed By: Michael Kirkland
05/01/2025
Michael Kirkland
Director
**Cc:**
Leemor Rozen
NYC Small Business Services
1 Liberty Plaza, 11th Floor
New York, NY 10006

Roosevelt Seymour
147 Prince Street Suite 203
Brooklyn, NY 11201

Please retain this notice for your records.
Enclosure with EEOC Notice of Closure and Rights (01/22)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC
*(This information relates to filing suit in Federal or State court **under Federal law**. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

If your lawsuit includes a claim under the Equal Pay Act (EPA), you must file your complaint in court within 2 years (3 years for willful violations) of the date you did not receive equal pay. This time limit for filing an EPA lawsuit is separate from the 90-day filing period under Title VII, the ADA, GINA, the ADEA, or the PWFA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA, the ADEA, or the PWFA, in addition to suing on the EPA claim, your lawsuit must be filed within 90 days of this Notice and within the 2- or 3-year EPA period.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case, which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:

https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

**HOW TO REQUEST YOUR CHARGE FILE AND 90-DAY TIME LIMIT FOR REQUESTS**

There are two ways to request a charge file: 1) a Freedom of Information Act (FOIA) request or 2) a "Section 83" request. You may request your charge file under either or both procedures. EEOC can generally respond to Section 83 requests more promptly than FOIA requests.

Since a lawsuit must be filed within 90 days of this notice, please submit your FOIA and/or Section 83 request for the charge file promptly to allow sufficient time for EEOC to respond and for your review.

**To make a FOIA request for your charge file**, submit your request online at https://eeoc.arkcase.com/foia/portal/login (this is the preferred method). You may also submit a FOIA request for your charge file by U.S. Mail by submitting a signed, written request identifying your request as a "FOIA Request" for Charge Number 520-2023-06230 to the
Enclosure with EEOC Notice of Closure and Rights (01/22)

District Director at Rayford O. Irvin, 1919 Smith Street, 6th Floor, Houston, TX 77002.

**To make a Section 83 request for your charge file**, submit a signed written request stating it is a "Section 83 Request" for Charge Number 520-2023-06230 to the District Director at Rayford O. Irvin, 1919 Smith Street, 6th Floor, Houston, TX 77002.

You may request the charge file up to 90 days after receiving this Notice of Right to Sue. After the 90 days have passed, you may request the charge file only if you have filed a lawsuit in court and provided a copy of the court complaint to EEOC.

For more information on submitting FOIA requests, go to https://www.eeoc.gov/eeoc/foia/index.cfm.

For more information on submitted Section 83 requests, go to https://www.eeoc.gov/foia/section 83-disclosure-information-charge-files.