

| MURIEL GOODE-TRUFANT<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | BRANDON WEISMAN<br>*Assistant Corporation Counsel*<br>Labor and Employment Law Division<br>Phone: (212) 356-2286<br>Email: bweisman@law.nyc.gov |
|---|---|---|

November 20, 2025

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*The motion to adjourn the initial pretrial conference is denied. The Court will address the motion to stay discovery at the conference.*

*November 24, 2025*

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

      Re:   Saradia Eugene v. City of New York, et al.
             25-CV-06173 (LJL)

Dear Judge Liman:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for the City of New York and the NYC Mayor's Office of Workforce Development (collectively, "Defendants") in the above-referenced action. I write to request an adjournment *sine die* of the initial pretrial conference scheduled for December 2, 2025, as well as a stay of discovery. Plaintiff does not consent to this request, reasoning that she is prepared to proceed into discovery. This is Defendants' first request for an adjournment of the initial pretrial conference.

      Defendants seek this adjournment because they plan to file a motion to dismiss due on November 28, 2025. Due to Defendants' anticipated fully dispositive motion to dismiss Defendants believe it is premature to hold a discovery conference and seek a stay of discovery until the Court issues a decision on Defendants' motion.

      Defendants thank the Court for its consideration of this request.

      Respectfully submitted,

      /**S**/
      Brandon Weisman
      Assistant Corporation Counsel

TO:   Saradia Eugene, *Plaintiff Pro Se* (via ECF)