UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

<table>
<tr><td>SARADIA EUGENE,</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>Plaintiff,</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>-v-</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>CITY OF NEW YORK et al.,</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
<tr><td>Defendants.</td><td>:</td></tr>
<tr><td></td><td>:</td></tr>
</table>

---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/03/2025__

25-cv-06173 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order further documents the rulings made at the initial pretrial conference on December 2, 2025.

Plaintiff shall file an amended complaint no later than January 9, 2026.  Defendants need not reply to Plaintiff's opposition to the motion to dismiss.  Defendants shall respond to the amended complaint either by motion or by answer no later than January 29, 2026.

The Court will hold a conference on January 20, 2026 at 4:00pm in Courtroom 15C at 500 Pearl Street, New York, NY 10007.  This date represents a change from the date established at the conference, due to the Martin Luther King Jr. Day holiday.  By January 15, 2026, the parties shall submit a joint proposed case management plan.  If the parties do not agree on a particular date, the parties may note each party's preferred date on the document.

Plaintiff is further advised that that there is a Pro Se Law Clinic available to assist unrepresented parties in civil cases.  The Clinic may be able to provide advice in connection with a plaintiff's case.  The Pro Se Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and it therefore cannot accept filings on

behalf of the Court, which must still be made by any unrepresented party through the Pro Se

Intake Unit).  Litigants in need of legal assistance should complete the City Bar Justice Center's

intake form to make an appointment.  If a litigant has questions about the intake form or needs to

highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone

(212-382-4794) or email (fedprosdny@nycbar.org).  In-person appointments in the Thurgood

Marshall Courthouse are available Monday through Thursday, 10:00 AM to 4:00 PM.

Appointments are also available remotely Monday through Friday, 10:00 A.M. to 4:00 P.M.

       SO ORDERED.

Dated: December 3, 2025
      New York, New York

                                      LEWIS J. LIMAN
                         United States District Judge