UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
SARADIA EUGENE,           :
           :
           Plaintiff,           :

           :        25-cv-06173 (LJL)
      -v-           :
           :        ORDER
CITY OF NEW YORK,           :
           :
           Defendants.           :
           :
------------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Plaintiff Saradia Eugene is a former Program Manager in the healthcare sector for the City of New York's Workforce Development Corporation/Mayor's Office of Workforce Development. Dkt. No. 1 ¶ 1. She identifies as African-American. *Id.* On July 26, 2025, she filed a complaint against the City of New York alleging employment discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964. Dkt. No. 1. On January 7, 2026, she filed an amended complaint alleging claims under Title VII, New York State Human Rights Law, and New York City Human Rights Law. Dkt. No. 33. Defendant has indicated an intention to file a motion to dismiss against the amended complaint but the Court has ordered that discovery shall proceed while such motion—if filed—is sub judice. Both parties have checked off the box for referral to the Magistrate Judge for settlement purposes and, at a conference held today January 20, 2026, both parties indicated an interest in pursuing settlement.

The Court has referred the parties to Magistrate Judge Figueredo for the purposes of settlement. It is ORDERED that the Clerk of Court shall attempt to locate *pro bono* counsel to represent Plaintiff for the limited purpose of settlement before Judge Figueredo. *Pro bono*

counsel will contact Plaintiff directly.[1]  *Pro bono* counsel will represent Plaintiff solely for the

purposes of settlement, and that representation will terminate at the conclusion of the settlement

process.

     SO ORDERED.

Dated: January 20, 2026
       New York, New York

                              LEWIS J. LIMAN
                     United States District Judge

---

[1] Because volunteer attorneys are a scarce resource, *pro se* litigants are not entitled to their choice of *pro bono* counsel.  *Cf. Cooper v. Sargenti*, 877 F.2d 170, 172–73 (2d Cir. 1989).  If Plaintiff chooses not to work with the volunteer attorney that reaches out to Plaintiff, Plaintiff's options may be to obtain new counsel on her own or proceed *pro se* in all aspects of this matter, including settlement.