**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SARADIA EUGENE,

                     Plaintiff,

          -against-

CITY OF NEW YORK, et al.,

                  Defendants.
------------------------------------------------------------------X

25-CV-6173 (LJL)

**ORDER RESCHEDULING**
**SETTLEMENT**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter has been rescheduled for **Tuesday, May 12, 2026 at 10:00 a.m.** The conference will be held in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **May 5, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
           March 10, 2026

                          _____
                          VALERIE FIGUEREDO
                          United States Magistrate Judge