UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SARADIA EUGENE,

                    Plaintiff,

      -v-

CITY OF NEW YORK et al.,

                    Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/21/2026

25-cv-06173 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiff has made several motions to compel discovery. Dkt. Nos. 58, 60, 61, 63. Plaintiff seeks an order compelling Defendants to provide complete discovery responses and production, a date certain for supplementation, and a Rule 26(b)(5) privilege log for withheld materials. Dkt. No. 58 at 1. Plaintiff first filed her motion on April 11, 2026 and filed supplemental motions on April 14, 2026 and April 15, 2026. Dkt. Nos. 58, 60, 61. Defendants responded in opposition to the motion on April 17, 2026. Dkt. No. 65. For the following reasons, the motions are denied without prejudice to renewal.

Plaintiff filed her motion to compel on April 11, 2026. Dkt. No. 58. Two days later, on April 13, 2026, Defendants provided Plaintiff with documents in response to her first request for production of documents. Dkt. No. 65 at 2; Dkt. No. 60 at 1. Plaintiff was unable to access these documents, which were consolidated into a single file and could not be downloaded, and Plaintiff submitted to the Court a supplement to her initial motion in response to the inaccessible production. Dkt. No. 60 at 1. Apparently, Plaintiff contacted Defendants that same day and informed them she could not access the production. Dkt. No. 65 at 2. Defendants reformatted

the production into smaller files and resent them to Plaintiff on April 15, 2026. Dkt. No. 65 at 2. Plaintiff again could not access the files, and submitted additional supplements to her motion to compel. Dkt. Nos. 61, 63.

Federal Rule of Civil Procedure 34 requires a party to "produce documents as they are kept in the usual course of business or [] organize and label them to correspond to the categories in the request." Fed. R. Civ. P. 34(b)(2)(E)(i). Electronically stored information ("ESI") must be produced "in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms." Fed. R. Civ. P. 34(b)(2)(E)(ii). Plaintiff states that Defendants have not produced the documents or ESI in their April 13, 2026 production in accordance with Rule 34 and asserts that she remains unable to access the production, even after Defendants reformatted the production on April 15, 2026. Dkt. No. 63. The parties are thus ordered to meet and confer regarding an accessible and usable form of production.

Defendants are not required to provide a statement to Plaintiff affirming that their production is complete, as Defendants are permitted to supplement their production in accordance with Federal Rule of Civil Procedure 26. Fed. R. Civ. P. 26(e)(1). Plaintiff has not established a basis for discovery on discovery. *See Haroun v. ThoughtWorks, Inc.*, 2020 WL 6828490, at *1 (S.D.N.Y. Oct. 7, 2020).

Plaintiff's motion to compel is otherwise denied without prejudice to renewal. Plaintiff has been unable to access Defendants' production and therefore cannot discern whether it is sufficiently responsive to her requests. Dkt. No. 63 at 2. Plaintiff further requests the Court order Defendants to provide a privilege log, Dkt. No. 63 at 3, but Defendants state that they have done so within the production Plaintiff is unable to access, Dkt. No. 65 at 2. Plaintiff's requests may be resolved upon Plaintiff's ability to access and review Defendants' production. Upon

resolution of the issues accessing production and after attempting to confer in good faith to resolve any remaining dispute, if any issues remain, Plaintiff may file a letter-motion requesting an informal conference in accordance with the Court's individual practices. *See* Individual Practices in Civil Cases, Chambers of Lewis J. Liman, Rule 4.D.

The Clerk of Court is respectfully directed to close Dkt. Nos. 58, 60, 61, and 63.

SO ORDERED.

Dated: April 21, 2026
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge

3