USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARADIA EUGENE,

Plaintiff,

-v-

CITY OF NEW YORK; NYC MAYOR'S OFFICE OF WORKFORCE DEVELOPMENT (WDC),

Defendants.

25-cv-6173 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on July 20, 2026.

Defendants shall conduct a search of communications from the custodians discussed during the conference for the time period from the commencement of Plaintiff's employment in December 2020 to December 31, 2024.

The dates in the case management plan are extended as follows: The close of discovery, including fact discovery, shall be November 27, 2026. Depositions shall be completed by November 6, 2026. Requests to admit shall be served by November 6, 2026.

The Clerk of Court is respectfully directed to close Dkt. Nos. 75, 85.

SO ORDERED.

Dated: July 20, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge