USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/25/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARADIA EUGENE,

Plaintiff,

-v-

CITY OF NEW YORK; NYC MAYOR'S OFFICE OF WORKFORCE DEVELOPMENT (WDC),

Defendants.

25-cv-6173 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court is in receipt of Plaintiff's letter motion to compel at Dkt. No. 111. Plaintiff requests the Court order Defendants to promptly produce the outstanding discovery or establish a firm production schedule that allows Plaintiff a reasonable time to review the materials before the remaining discovery deadlines expire. *Id.* at 2.

Defendant is directed to respond to Plaintiff's letter motion by September 29, 2026. Its response should indicate any anticipating timing for outstanding discovery and respond to Plaintiff's request for a production schedule.

SO ORDERED.

Dated: September 25, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge