UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARADIA EUGENE,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK ET AL,<br><br>Defendants. | 25-cv-06173 (LJL)<br><br>ORDER |

LEWIS J. LIMAN, United States District Judge:

The Court will hold a Case Management Conference in this matter on October 27, 2026 at 2:30PM. Parties are directed to appear in-person in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: October 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge